## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01057-RPM-MJW

CRAIG DEAN,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

    Defendant.

___

## NOTICE OF DISMISSAL WITH PREJUDICE
___

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: June 16, 2008.

Respectfully submitted,

                                                  s/ David M. Larson
                                                  David M. Larson, Esq.
                                                  405 S. Cascade Avenue Suite 305
                                                  Colorado Springs, CO 80903
                                                  (719) 473-0006
                                                  Attorney for the Plaintiff